UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WHITNEY,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　　　　Respondent. | Civil No.   07cv1592 LAB (PCL)<br><br>**AMENDED ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

On September 5, 2007, this Court issued an Order dismissing this 28 U.S.C. § 2254 habeas corpus action without prejudice for failure to use the proper form. Dkt No. 2. That Order also erroneously refers to an *in forma pauperis* Motion, whereas this Petitioner has actually paid the $5.00 filing fee in full without requesting *in forma pauperis* status. The Court accordingly hereby rescinds those portions of the earlier order alluding to such a Motion and status. The remainder of the September 5, 2007 Order remains in full effect, and Petitioner is again advised that to have this case reopened, he must, **no later than November 5, 2007**, file a First Amended Petition that cures the pleading deficiencies set forth in the prior Order, along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: September 6, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge